## Cusumano Sances, Appellee, v. Louis D'Angelo, Appellant.

### Gen. No. 43,720.

opinion filed June 20, 1949; rehearing denied July 1, 1949; released for publication July 18, 1949. Samuel Levin, for appellant; Joseph D. Ryan, Louis G. Davidson, and Louis P. Miller, for appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.